HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODERICK DEMMINGS,<br><br>    Plaintiff,<br><br> v.<br><br>PACIFIC MARITIME ASSOCIATION, ILWU BENEFIT PLANS OFFICE, JOHN DOES 1-100,<br><br>    Defendants. | CASE NO. C13-5737 RAJ<br><br>ORDER |

  This matter comes before the court on plaintiff's motion for extension of time to serve the complaint and summons. Dkt. # 12. On September 16, 2013, plaintiff moved this court for an extension of time until October 30, 2013, to serve the summons and complaint on the California defendant. Dkt. # 7. This court granted that motion on September 30, 2013. On October 10, 2013, plaintiff filed another motion asking for an extension, but did not provide any information regarding the amount of time or the reasons he needs another extension. However, plaintiff also requests the issuance of summons. Since the clerk issued summons today, the court will grant a brief extension of

ORDER- 1

1 | the October 30, 2013 deadline.  Plaintiff has until November 15, 2013 to serve the
2 | summons and complaint.
3 |     For all the foregoing reasons, the court GRANTS plaintiff's second motion for
4 | additional time to serve the summons and complaint.
5 |     Dated this 15th day of October, 2013.

The Honorable Richard A. Jones
United States District Judge

ORDER- 2