HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODERICK DEMMINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.<br><br>    Defendants. | CASE NO. C13-5737 RAJ<br><br>ORDER |

This matter comes before the court on plaintiff's motion to amend the complaint. Dkt. # 29. On January 8, 2014, defendants answered plaintiff's complaint. Dkt # 26. A party may amend a pleading once as a matter of course within 21 days after service of a responsive pleading. Fed. R. Civ. Proc. 15(a)(1)(B). Plaintiff filed his amended complaint on January 14, 2014, within 21 days of defendants' answer. Accordingly, he does not need leave of court. The Clerk is DIRECTED to terminate plaintiff's motion as MOOT. Dkt. # 29.

Dated this 16th day of January, 2014.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER- 1