HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODERICK DEMMINGS,<br><br>           Plaintiff,<br><br>    v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.<br><br>           Defendants. | CASE NO. C13-5737 RAJ<br><br>ORDER |

This matter comes before the court on plaintiff's second motion to amend the complaint. Dkt. # 38. Defendants do not oppose plaintiff's motion. Accordingly, the court GRANTS plaintiff's motion to amend the complaint. Fed. Rule Civ. Proc. 15(a). Plaintiff must file his Second Amended Complaint within ten (10) days of the date of this order.

Dated this 4th day of April, 2014.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1