1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODERICK DEMMINGS,

　　　　　　　Plaintiff,

　　v.

ILWU AND PMS BENEFITS PLAN
OFFICE, PACIFIC MARITIME
ASSOCIATION AND ILWU LOCAL
19 JOHN DOES 1-10, ,

　　　　　　　Defendants.

CASE NO. C13-5737 RAJ

ORDER

This matter comes before the court on the motion of defendant International

Longshore Warehouse Union – Pacific Maritime Association Welfare Benefits Plan

Office ("the Plan") to dismiss the third amended complaint (Dkt. # 85) and plaintiff

Roderick Demmings' motion for extension of time (Dkt. # 90).  The court GRANTS the

Plan's motion and DENIES plaintiff's motion.

ORDER- 1

1    Mr. Demmings has consistently failed to meet court deadlines.  Indeed, the court

2  has granted him no less than five extensions of time in this matter.  He now seeks a sixth

3  extension of time of six additional months to respond to the Plan's motion to dismiss. [1]

4    The Plan filed its motion to dismiss on December 23, 2014.  A few days before

5  this filing, Mr. Demmings had filed a Notice of Unavailability indicating that he would

6  be completely unavailable for the next four months.[2]  Dkt. # 89.  Although such a notice

7  has no legal significance and is merely a courtesy, the Plan nevertheless noted its motion

8  to dismiss for April 17, 2015 -- allowing Mr. Demmings several additional months to

9  prepare his response.  Pursuant to this District's local rules, Mr. Demmings' response was

10  due on April 13, 2015.  *See* LCR 7(d)(3).  He, again, failed to meet that deadline.  On

11  April 16, 2015, he filed a motion for extension of time citing an unspecified "disability"

12  and having been "off his medications."  Dkt. # 90.  His previous extension requests were

13  based upon similar unspecified health issues, unspecified family obligations and

14  unspecified work obligations.  *See, e.g.*, Dkt. ## 8, 77.

15    This case has been pending since August 2013.  Despite his *pro se* status, Mr.

16  Demmings is still expected to comply with court rules and deadlines.  He has failed to do

17  so on several occasions and the court cannot continue to grant him latitude.

18    Additionally, in this instance, the court finds that even if it did grant Mr.

19  Demmings additional time to respond to the Plan's motion, he would not be able to

20  successfully oppose the motion.  Plaintiff's Third Amended Complaint alleges the same

21

22    [1] Although Mr. Demmings' motion does not specify that his request for additional
time relates to the Plan's motion to dismiss, the Plan's motion is the only motion
23  currently pending on the docket.  In the future, the court advises Mr. Demmings to be
24  more specific and to include additional details in his filings with the court.
    [2] Mr. Demmings should note that he cannot unilaterally extend court deadlines.  A
25  Notice of Unavailability is merely a courtesy notice to the parties and the court.  Neither
26  the court nor the parties are required to comply with the notice.  The only way a party can
obtain relief from court deadlines is by filing a properly noted motion.  Unless the court
27  grants the motion, the parties are required to comply with the previously set deadlines.

1   claims alleged in his Second Amended Complaint: violation of the Americans with

2   Disabilities Act ("ADA"), the Washington Law Against Discrimination ("WLAD"), and

3   Title VII.  The court previously dismissed plaintiff's claims against the Plan because he

4   failed to allege any facts that would show that the Plan was a "covered entity" (i.e.,

5   plaintiff's employer or labor organization) under any of the aforementioned statutes.

6   Dkt. # 76.  The court has reviewed plaintiff's Third Amended Complaint and it still fails

7   to correct this deficiency.  Accordingly, plaintiff's claims against the Plan are dismissed.

8       The remaining defendants, Pacific Maritime Association ("PMA") and

9   International Longshore and Warehouse Union Local ("ILWU") have answered

10  plaintiff's Third Amended Complaint.  Dkt. ## 83, 84.  Therefore, plaintiff may continue

11  to pursue his claims against these defendants.

12      Dated this 27th day of April, 2015.

13

14

15  _____

16  The Honorable Richard A. Jones
    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

ORDER- 3